UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Marcos Hernandez Machado ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj 8194 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/<u>Magistrate</u> Judge,   LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

LAURA OCAMPO JIMENEZ

DATED: 3/11/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk